United States District Court
For the Northern District of California

1

2

3                        UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6

7    RICHARD ROBERT MELNYK,

8                    Plaintiff,                    No. C 09-0725 PJH (PR)

9         v.                                       **ORDER OF TRANSFER**

10   CALIFORNIA DIRECTOR OF
     CORRECTION; CALIFORNIA DNA
11   DATA BANK; VICTIMS'
     COMPENSATION GOVERNMENT
12   CLAIMS BOARD,  et al.,

13                    Defendants.
                                             /
14

15        This is a civil rights case brought pro se by a state prisoner.  Plaintiff was convicted

16   in the California Superior Court for Orange County of burglary, receiving stolen property,

17   and vehicle theft.  *See People v. Melnyk*, 2006 WL 1725611 at *1 (Cal. App. 2006).  The

18   conviction was reversed by the California Court of Appeal and remanded with instructions

19   to the trial court to grant plaintiff's motion to suppress.  *Id.* at *1.  He does not say whether

20   he was retried.  When he filed the complaint he was in a prison in Pennsylvania, and

21   currently has an address at "Pyramid Health Care" in Altoona, Pennsylvania.

22        Plaintiff complains that his DNA was not deleted from the state DNA database when

23   his conviction was reversed, and that his claim (presumably a state tort claim, perhaps

24   based on the failure to delete his DNA information) was denied by defendant Government

25   Claims Board.  The state agency defendants cannot be sued in federal court.  *See*

26   *Atascadero State Hosp. v. Scanlon*, 473 U.S. 234, 237-38 (1985) (11th Amendment bars

27   from the federal courts suits against a state by its own citizens, citizens of another state or

28   citizens or subjects of any foreign state).  The claims against them will be dismissed.

1    The only remaining claim is against the Director of the California Department of

2 Corrections and Rehabilitation, who is to be found in the venue of the United States District

3 Court for the Eastern District of California.  Venue, therefore, properly lies in that district

4 and not in this one.  *See* 28 U.S.C. § 1391(b).

5    This case is **TRANSFERRED** to the United States District Court for the Eastern

6 District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not

7 rule upon plaintiff's motions.

8    **IT IS SO ORDERED.**

9 Dated:  October 19, 2009.

PHYLLIS J. HAMILTON
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

P:\PRO-SE\PJH\CR.09\MELNYK0725.TRN.wpd

28

**United States District Court**
For the Northern District of California

2