IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ROBERT MELNYK,

    Plaintiff,                No. CIV S-09-2969 WBS DAD P

    vs.

CALIFORNIA DIRECTOR OF
CORRECTIONS, et al.,

    Defendants.          ORDER
_____/

        On December 28, 2009, plaintiff filed a motion for case disposition, and on February 8, 2010, plaintiff filed a motion for summary judgment. Plaintiff is advised that this civil rights action was closed on December 18, 2009. Accordingly, plaintiff's motions are denied, and any documents filed by plaintiff since the closing date will be disregarded. No further orders will issue in response to future filings.

        IT IS SO ORDERED.

DATED: February 16, 2010.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
meln2969.58